# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TANNER JOHN ALBERS | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 19-4025 MJ-001-PCT-CDB |

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about September 3, 2018 or September 4, 2018, in the District of Arizona, TANNER JOHN ALBERS, utilizing the internet, affecting interstate commerce, did entice or coerce a 13 year old to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

On or about September 3, 2018 or September 4, 2018, in the District of Arizona, TANNER JOHN ALBERS, utilizing the internet, affecting interstate commerce, did entice a 13 year old female to produce child pornography, in violation of Title 18, United States Code, Section 2251(a).

### COUNT 3

On or about September 3, 2018 or September 4, 2018, in the District of Arizona, TANNER JOHN ALBERS, utilizing the internet, affecting interstate commerce, did receive child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

REVIEWED BY: /s AUSA Brett Day

__X__ Pursuant to 28 U.S.C. §1746(2), I declare that the foregoing is true and correct.

Dawn A Martin, Special Agent, FBI
Complainant's Name and Title

Complainant's Signature    Date 2/7/19

2/7/19, 11:00 am
Date/Time

Flagstaff, Arizona
City and State

Hon. Leslie A. Bowman, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**STATEMENT OF PROBABLE CAUSE**

Your affiant, Dawn A Martin, a Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, deposes and states as follows:

**INTRODUCTION**

The facts of this case, as more fully detailed herein, are on are on or about September 3, 2018 and September 4, 2018 an individual on Facebook, with the user name "flyguy.rico.35", extorted a 13 year old female to create and send sexually explicit (child pornography) images to "flyguy.rico.35". In CyberTips #43943628 and #43943758, Facebook reported "flyguy.rico.35" extorted "weird.kidd.58" to provide sexually explicit images and videos of herself. Additionally, "flyguy.rico.35" had an associated email address "trillrico2000@gmail.com". Gmail user "trillrico2000@gmail.com" has an SMS verification number of 585-532-0852. T-Mobile/MetroPCS identified the subscriber for telephone number 585-532-0852 as Tanner Albers, 31 Leroy Street, Rochester, New York, 14612. Tanner Albers, previously from Rochester, New York, was arrested by Navajo County Sheriff's Department on October 3, 2018, in possession of a black Samsung cellular telephone with the telephone number 585-532-0852. I am requesting an arrest warrant for Tanner Albers for violations of 18 U.S.C. §§ 2422(b), which make it a crime to coerce and entice a child; 18 U.S.C. §§ 2251(a), which make it a crime to produce, or cause to be produced, child pornography; and violations of 18 U.S.C. §§ 2252(a)(2), which make it a crime to receive and distribute child pornography.

I, Dawn A Martin, have been employed as a Special Agent of the Federal Bureau of Investigation since April of 2004, and am currently assigned to the Phoenix Field Office, Flagstaff Resident Agency. I am assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

## DETAILS OF THE INVESTIGATION

1. On December 5, 2018, Facebook reported to the National Center for Missing and Exploited Children (NCMEC), via Cyber Tipline Reports #43943628 and #43943758, on September 3, 2018 and September 4, 2018, an individual on Facebook, with the user name "flyguy.rico.35", extorted a 14 year old female, with the user name "weird.kidd.58", to send sexually explicit images and videos with sexually explicit content via Facebook Messenger. Facebook reported "flyguy.rico.35" was assigned ESP User ID: 100028496613552. Facebook also reported "flyguy.rico.35" had an associated email address trillrico2000@gmail.com.

2. Facebook provided the following Messenger communication and image sent between "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 7:58 pm and 8:10 pm, Arizona time. The communication and image, provided by Facebook, which I reviewed, can be described as follows:

   a. (flyguy.rico.35) - Send it ma
   b. (weird.kidd.58) – Kk
   c. (flyguy.rico.35) - (blowing kiss emoji, smiling face emoji)
   d. (weird.kidd.58) – FILE UPLOADED – **67jpgywtjjk8o4ks40646299_275194529872854_1869852967666974720_0.jpg** – This image is a close up of female breasts. The image is dark.
   e. (flyguy.rico.35) - Put your face in it bae. So I know it's real
   f. (weird.kidd.58) – Kk
   g. (flyguy.rico.35) - You gonna send it

3. Facebook provided the following Messenger communication and image sent between "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 8:48 pm and 8:50 pm, Arizona time. The communication and image, provided by Facebook, which I reviewed, can be described as follows:

   a. (weird.kidd.58) - Omg wtf (two crying face emojis, two broken heart emojis)
   b. (flyguy.rico.35) - Your time starts now hurry
   c. (flyguy.rico.35) - If you don't send it in one minute I'll expose you
   d. (weird.kidd.58) – FILE UPLOADED – **dy42e8mde74g0wco40984413_**

1         **1961232050610151_1592846006779641856_o.jpg** – This image is very dark. The image depicts an approximate 14 year old female with her black t-shirt pulled up revealing her breasts and her face in the background.

      e. (flyguy.rico.35) - Turn the light on

      f. (weird.kidd.58) - (two crying face emojis, two broken heart emojis) there

      g. (flyguy.rico.35) - So I can see

4.   Facebook provided the following Messenger communication and image sent between "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 8:49 pm and 8:52 pm, Arizona time. The communication and image, provided by Facebook, which I reviewed, can be described as follows:

      a. (weird.kidd.58) - Omfg im trying (two crying face emojis, two broken heart emojis)

      b. (flyguy.rico.35) - Turn the light on..

      c. (flyguy.rico.35) - Try harder

      d. (weird.kidd.58) – FILE UPLOADED – **asjlbwvqo7c4k8s840746397_1849984341759355_1075260971112464384_0.jpg** – This image depicts an approximate 14 year old female, lying on batman sheets, with her black t-shirt pulled up revealing her breasts and her face in the background.

      e. (flyguy.rico.35) - And your pussy

      f. (weird.kidd.58) - (two crying face emojis)

      g. (flyguy.rico.35) – Now

5.   Facebook provided the following Messenger communication and video sent between "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 8:54 pm and 8:56 pm, Arizona time. The communication and video, provided by Facebook, which I reviewed, can be described as follows:

      a. (weird.kidd.58) - Ive already been called fat ugly emo (seven crying face emojis)

      b. (flyguy.rico.35) - Or I'll expose you

      c. (flyguy.rico.35) - Now 1 minute

      d. (weird.kidd.58) – FILE UPLOADED – **7mzjfy77qycc8k0g40621637_2082779518640661_7342075760187801600_o.jpg** – This image is a close up of female

1 |         genitalia.
2 |     e. (flyguy.rico.35) - Nom send a video so I know it's real
3 |     f. (weird.kidd.58) - (two crying face emojis, two broken heart emojis)
4 |     g. (flyguy.rico.35) - Now.  1 minute
5 |   6. Facebook provided the following Messenger communication and image sent between
6 | "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 9:02 pm and 9:10 pm, Arizona time.
7 | The communication and image, provided by Facebook, which I reviewed, can be described as follows:
8 |     a. (flyguy.rico.35) – So I know it's real
9 |     b. (flyguy.rico.35) – NOW
10 |     c. (flyguy.rico.35) – 1 minute left
11 |     d. (flyguy.rico.35) – FILE UPLOADED – **97odhxb8lbik0ksg40685506_**
12 |         **1860834847326840_1843386563145236 48_o.jpg** – This image is the same image described in
13 |         4d.
14 |     e. (flyguy.rico.35) – I will show everyone
15 |     f. (flyguy.rico.35) – Times up
16 |     g. (weird.kidd.58) – MY FUCKING BABY SISTER FUCKING CUT HER WRIST U FUCKING
17 |         ASSHOLE
18 |   7. Facebook provided the following Messenger communication and image sent between
19 | "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 10:13 pm and 10:15 pm, Arizona time.
20 | The communication and image, provided by Facebook, which I reviewed, can be described as follows:
21 |     a. (weird.kidd.58) – Plz my baby sister has school tomorrow
22 |     b. (weird.kidd.58) – Shes tired from football practice
23 |     c. (weird.kidd.58) – Shes sick
24 |     d. (flyguy.rico.35) – FILE UPLOADED – **cpy886453o8c40co40912836_**
25 |         **314394182652436_1961983447845044224_0.jpg** – This image is a screenshot of the image
26 |         described in 4d posted to the account of "Aaron" a Facebook friend of "weird.kidd.58".
27 |     e. (flyguy.rico.35) – I'll keep sending
28 |

1   f.  (weird.kidd.58) – Wtf
2   g.  (flyguy.rico.35) – Give me what I want
3   8.  Facebook provided the following Messenger communication and image sent between
4   "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 10:16 pm and 10:18 pm, Arizona time.
5   The communication and image, provided by Facebook, which I reviewed, can be described as follows:
6   a.  (weird.kidd.58) – Plz mijo (four crying face emojis)
7   b.  (weird.kidd.58) – Plz for the sake of god just give me a break (two crying face emojis)
8   c.  (weird.kidd.58) – Ill work something out plz (two crying face emojis)
9   d.  (flyguy.rico.35)  –  FILE  UPLOADED  –  **580154g6lq80wkcg40678011_**
10  **455482831628483_7172319471325937664_o.jpg** – This image is a screenshot of the images
11  described in 3d and 4d posted to the account of "Damian" a Facebook friend of "weird.kidd.58".
12  e.  (flyguy.rico.35) – Give me what I want
13  f.  (weird.kidd.58) – My baby sister cadence is a nice innocent gurl (two crying face emojis)
14  g.  (weird.kidd.58) – Plz sir stop it (two crying face emojis)
15  9.  Facebook provided the following Messenger communication and image sent between
16  "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 10:18 pm and 10:21 pm, Arizona time.
17  The communication and image, provided by Facebook, which I reviewed, can be described as follows:
18  a.  (weird.kidd.58) – My older sister Catana and Cathleen are crying and scared (two crying face
19  emojis)
20  b.  (weird.kidd.58) – My brother is crying (two crying face emojis)
21  c.  (weird.kidd.58) – So as I am too (two crying face emojis)
22  d.  (flyguy.rico.35)  –  FILE  UPLOADED  –  **9v65bwvnqdc0kw4s40756143_**
23  **1541288966017132_2892881308189458432_o.jpg** – This image is a screenshot of the images
24  described in 3d and 4d posted to the account of "Jordaine" a Facebook friend of
25  "weird.kidd.58".
26  e.  (flyguy.rico.35) – Give me what I want NOW… LAST CHANCE
27  f.  (weird.kidd.58) – She might not make it (two crying face emojis)
28

1       g. (flyguy.rico.35) – That's it. I'm showing everyone

2   10.   Facebook provided the following Messenger communication and image sent between
3 "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 10:42 pm and 10:45 pm, Arizona time.
4 The communication and image, provided by Facebook, which I reviewed, can be described as follows:

5       a. (weird.kidd.58) - Its sending

6       b. (flyguy.rico.35) - How much is it loaded

7       c. (weird.kidd.58) - 65%

8       d. (weird.kidd.58) – FILE UPLOADED – **b5djqs2pvf48gccs40771873_**
9          **1763240090390526_2359063934651078475_n.mp4** – This 18 second video depicts an
10         approximate 14 year old female, naked from the waist down, laying on batman sheets, inserting
11         her finger into her vagina. The video then pans up to the minor female's chest. Her black t-
12         shirt is pulled up revealing her breasts. The video continues to pan to the minor female's face,
13         showing her crying.

14       e. (flyguy.rico.35) - Better hurry up I don't got all night

15       f. (weird.kidd.58) - And stfu I have thick thighs

16       g. (weird.kidd.58) - Shit sucks

17   11.   Facebook provided the following Messenger communication and image sent between
18 "weird.kidd.58" and "flyguy.rico.35" on September 3, 2018, between 11:02 pm and 11:05 pm, Arizona time.
19 The communication and image, provided by Facebook, which I reviewed, can be described as follows:

20       a. (weird.kidd.58) - I sent it

21       b. (flyguy.rico.35) - Good. Now goto sleep. And in the morning your going to send me a full body
22         nude. Got it?

23       c. (weird.kidd.58) - It hurt (two crying face emojis)

24       d. (weird.kidd.58) – FILE UPLOADED – **6gp4t2dwascg4k0g40698312_**
25         **1790355837730030_3907580151356865421_n.mp4** – This 20 second video depicts an
26         approximate 14 year old female, naked from the waist down, laying on batman sheets, inserting
27         a hairbrush handle into her vagina. The video then pans up to the minor female's chest and
28

1    face. Her black t-shirt is pulled up revealing her breasts. The video pans back down to the
2    minor female's vagina.
3       e. (flyguy.rico.35) - Good. I hope it did hurt. Do you understand what you have to do tomorrow
4       f. (weird.kidd.58) - (three crying face emojis)
5       g. (weird.kidd.58) - No daddy (two crying face emojis, two broken heart emojis)
6    12.   The IP address for "weird.kidd.58" resolves to the region including Kayenta and Chinle, within
7    the Navajo Indian Reservation, in the state of Arizona.
8    13.   The IP address for "flyguy.rico.35" resolves to Rochester, New York.
9    14.   On December 10, 2018, Hon. Leslie A. Bowman issued federal search warrants for the
10   Facebook accounts of "flyguy.rico.35" and "weird.kidd.58", and for the Gmail account of
11   "trillrico2000@gmail.com". The Facebook federal search warrants were served on Facebook for the user
12   accounts of "flyguy.rico.35" and "weird.kidd.58" on December 11, 2018. The Gmail federal search warrant
13   was served on Google for the email address "trillrico2000@gmail.com" on December 11, 2018.
14   15.   On December 13, 2018, Facebook provided the following results for user account
15   "flyguy.rico.35":
16      a. The account was created on September 3, 2018 at 7:04 pm (Arizona time).
17      b. The last messaged on the account were sent on September 3, 2018 at 10:57 (Arizona time).
18      c. "flyguy.rico.35" communicated with 6 individuals, three communications involved 10 or fewer
19         messages. The remaining three communications included the following:
20         i. 56 messages with Abbi Cantu, with "flyguy.rico.35" asking "send me a pic ma", "something
21           that would be for Snapchat only", "a nude ma", and "do it for daddy".
22         ii. 71 messages with Marisol Flores, with "flyguy.rico.35" accepting "ok so no nude bae. But
23           send daddy one of you in A bra".
24         iii. 504 messages with "weird.kidd.58", aka Trippy Kidd, with "flyguyrico.35" asking "you
25           really 13?", "let me get a pic", "a naughty one", and "a tittie pic". These messages preceded
26           the messages detailed in paragraphs 3 through 10.
27   16.   On December 13, 2018, Facebook provided results for user account "weird.kidd.58", which
28

1  included a first name, school and date of birth.

2  17. On December 13, 2018, Kayenta Middle School provided a student profile for a 13 year old female, which included a picture of the student matching the images from Facebook, true name, date of birth, address, and mother's contact information.

3  18. On January 18, 2019, "CR", the 13 year old female victim (now 14 years old), was forensically interviewed. I observed this interview by closed circuit video and audio. "CR" did not disclose the incident from September, but did discuss her Facebook account had been hacked several weeks ago. Friend requests were accepted and things were posted by someone other than "CR". "CR" has several monsters that follow her or appear to her at different times and places. Some of the monsters scare "CR" and some talk to her. Based on my observations, and review of the images and videos provided by Facebook, "CR" is the same person as "weird.kidd.58".

4  19. On December 13, 2018, Google provided the following results for email address "trillrico2000@gmail.com":

   a. Subscriber name: Trill Rico
   b. SMS verification number: 585-532-0852
   c. IP addresses: 172.56.23.39 on September 6, 2018 from 0200 (UTC) to 0513 (UTC), 74.69.75.6 on September 4, 2018, from 0203 (UTC) to 0203 (UTC) and 2604:6000:6606:2400:49cb:53c9:e52c:d405 from September 3, 2018 to September 6, 2018.

5  20. On December 14, 2018, an administrative subpoena was served on T-Mobile/MetroPCS for telephone number 585-532-0852.

6  21. On December 17, 2018, T-Mobile/MetroPCS provided the following results:

   a. Subscriber name: Tanner Albers
   b. Address: 31 Leroy Street, Rochester, New York, 14612
   c. IMEI: 357847092921050
   d. Account Active: August 10, 2018 to present

7  22. On December 14, a Domain Name System (DNS) check of the IP address 172.56.23.39 was conducted through maxmind.com, which indicated the IP was registered to T-Mobile USA, Inc.

1    23.    On December 17, an administrative subpoena was served on T-Mobile USA, Inc. requesting subscriber information for the IP address 172.56.23.39 on September 6, 2018 from 0200 (UTC) to 0513 (UTC).

24.    On December 18, T-Mobile USA, Inc., responded "T-Mobile/MetroPCS is unable to determine a subscriber or data details by IPV4 addresses."

25.    On December 14, a Domain Name System (DNS) check of the IP address 74.69.75.6 was conducted through maxmind.com, which indicated the IP was registered to Spectrum Communications.

26.    On December 14, a Domain Name System (DNS) check of the IP address 2604:6000:6606:2400:49cb:53c9:e52c:d405 was conducted through maxmind.com, which indicated the IP was registered to Spectrum Communications.

27.    On December 17, an administrative subpoena was served on Charter Communication, on behalf of Spectrum Communications requesting subscriber information for the IP addresses 74.69.75.6 on September 4, 2018, from 0203 (UTC) to 0203 (UTC) and 2604:6000:6606:2400:49cb:53c9:e52c:d405 from September 3, 2018 to September 6, 2018

28.    On December 18, Charter Communication, on behalf of Spectrum Communications, responded that during the requested time frame, IP addresses 74.69.75.6 and 2604:6000:6606:2400:49cb:53c9:e52c:d405 were assigned to:

    a.    Subscriber Name:    Robin Brooks
    b.    Address:    31 Leroy Street, Rochester, New York, 14612

29.    On December 17, 2018, a check of New York Department of Motor Vehicles showed Tanner Albers, year of birth 1998, has an Identification Card, issued on October 6, 2016, listing his address as 172 Willmont Street, Rochester, New York, 14609.

30.    On December 17, 2018, a check of Accurint for Law Enforcement, showed Tanner Albers to have resided at 172 Willmont Street, Rochester, New York, 14609, from February 2017 to September 2018, and at 31 Leroy Street, Rochester, New York, 14612, from August 2018 to present.

31.    On December 19, 2018, a check of Accurint for Law Enforcement, showed Robin Brooks residing at 31 Leroy Street, Rochester, New York, 14612, from September 2017 to present. Tanner Albers was also listed as a current resident at 31 Leroy Street, Rochester, New York, 14612.

28

32. A check of the National Criminal Information Center (NCIC) revealed Tanner Albers had been arrested on October 3, 2018, by the Navajo County Sheriff's Department, in Snowflake, Arizona, on three counts of Sexual Conduct with a Minor and one count of Molestation of a Child.

33. Navajo County Sheriff's Department report # 1810-0043 indicated Tanner Albers was interviewed and advised he lived with an uncle in New York. Albers and his friend, Marrek Woodward, left New York on September 18, 2018 and drove to Snowflake, Arizona, arriving on September 22, 2018. Albers' mother resides at 172 Willmont Street, Rochester, New York.

34. Navajo County Sheriff's Department report # 1810-0043 indicated Tanner Albers was in possession of a black Samsung cellular telephone when he was arrested. Albers provided his cellular telephone number as 585-532-0852. Navajo County Sheriff's Department seized the cellular telephone and entered the telephone into evidence as item #18-2129.

35. On December 21, 2018, Hon. Leslie A. Bowman, United States Magistrate Judge, issued a federal search warrant for the black Samsung cellular telephone belonging to Tanner Albers, in the custody of the Navajo County Sheriff's Department. The federal search warrant was served on January 2, 2019. To date, the contents of the phone have not been reviewed due to a swipe pattern password blocking the forensic processing of the phone.

\\\\

## CONCLUSION

36. Based on the foregoing, there is probable cause to believe violations of federal law occurred when on or about September 3, 2018 and September 4, 2018, Tanner Albers, with the user name "flyguy.rico.35", extorted a 13 year old female to create and send sexually explicit (child pornography) images to "flyguy.rico.35", in violations of 18 U.S.C. §§ 2422(b), which make it a crime to coerce and entice a child; 18 U.S.C. §§ 2251(a), which make it a crime to produce, or cause to be produced, child pornography; and violations of 18 U.S.C. §§ 2252(a)(2), which make it a crime to receive and distribute child pornography.

37. I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Respectfully submitted,

*Dawn A Martin*
Dawn A Martin
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 7Th of February, 2019.

*Leslie A. Bowman*
HONORABLE LESLIE A. BOWMAN
United States Magistrate Judge